# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR VIKTOR ZAMBO and LAURA HARRING,<br>　　　Plaintiffs,<br><br>　　　　　　v.<br><br>SDC INTERNATIONAL, INC., etc., et al.,<br>　　　Defendants. | CV 21-5294 DSF (JEMx)<br><br>ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AND FAILURE TO COMPLY WITH COURT ORDERS AND ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE |

　　　On March 30, 2022, this Court set a pretrial conference date of March 13, 2023.  Pursuant to the Court's Order re Jury Trial, the proposed pretrial conference order and proposed jury instructions should have been filed by February 27, 2023.  Plaintiffs have failed to file those documents.

　　　The pretrial conference and trial dates are vacated.

　　　Plaintiffs are ordered to show cause on April 17, 2023 at 3:00 p.m. why this action should not be dismissed for lack of prosecution and failure to comply with this Court's orders.  Plaintiffs may show cause by submitting a proposed pretrial conference order and jury instructions no later than April 3, 2023.  If Plaintiffs submit documents that comply with this Court's orders and the Local Rules, a pretrial conference will be held on April 17, 2023 at 3:00 p.m.  If Plaintiffs fail to submit such documents and fail to show cause why this action should not be dismissed, the action will be dismissed with prejudice.

      Mandatory paper copies of all documents (including those previously filed) are to be submitted to chambers.

  IT IS SO ORDERED.

Date: March 9, 2023

                                            Dale S. Fischer
                                            United States District Judge